FILED'09 FEB 05 11:55 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOE MACK BROWN, JR.,

        Petitioner,

Civ. No. 06-1287-CL

v.

GUY HALL,

**ORDER**

        Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed objections. I have reviewed the file of this case de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I agree with Magistrate Judge Clarke that petitioner's trial counsel was not ineffective. The decision not to call the victim's ex-boyfriend as a witness was reasonable because the ex-boyfriend would not have provided useful testimony. I find no

1 - ORDER

error in the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#43) is adopted. The petition is dismissed.

IT IS SO ORDERED.

DATED this ___5___ day of February, 2009.

*[signature]*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER